701 A.2d 701

IN THE MATTER OF DONALD V. POHLMEYER,
AN ATTORNEY AT LAW.

October 29, 1997.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **DONALD V. POHLMEYER** of **TAMPA, FLORIDA,** who was admitted to the bar of this State in 1980, be disbarred for the knowing misappropriation of client funds in violation of *RPC* 1.15 and *RPC* 8.4(c);

And **DONALD V. POHLMEYER** having failed to appear on the return date of the order to show cause why he should not disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **DONALD V. POHLMEYER** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **DONALD V. POHLMEYER** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.